Sonia M. Mercado (SBN: 117069)
**SONIA MERCADO & ASSOCIATES**
5711 W. Slauson Avenue, Suite 100
Culver City, California 90230
Tel:310.410.2981;Fax:310.410.2957
Counsel: All Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.C., S.C., Minors, through their guardian ad litem Dennis Hansen, Isaac Cedano, Maria Carmen Garcia, for Herself and for The Estate of Guillermo Pablo Cedano,<br><br>Plaintiff(s),<br>v.<br>City Of Montebello, Montebello Police Department, Chief Kevin Mcclure, And Does 1 to10, Inclusive<br><br>Defendant(s). | CASE NUMBER<br><br>CV14-1560- R (MANx)<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ ONLY Defendant(s) _____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

APRIL 19, 2014
*Date*

*[signature]* Sonia M. Mercado
*Signature of Attorney/Party*

NOTE:  F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.